| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Albritton, William H | 2. Court or Organization<br>District Court - MD Alabama | 3. Date of Report<br>5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address<br>P. O. Box 629<br>Montgomery, AL 36101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 12 12 08 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Merrill Lynch IRA Distributions | 10200.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Foundation for Research on Economics and the Environment | 8/5-8/10 - Gallatin Gateway, MT -Terrorism, Energy Security, and Civil Liberties (transportation, food, hotel and books) |
| 2. | University of Alabama School of Law | 10/23 - Tuscaloosa, AL - Albritton Lecture (food, hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Regions Bank - savings account | A | Interest | J | T | | | | | |
| 2. Regions Financial Corp. - common stock | C | Dividend | L | T | | | | | |
| 3. TV Cable Co of Andalusia - common stock | C | Dividend | L | W | | | | | |
| 4. Salomon Bros. Inv. Fd - mutual funds | A | Dividend | K | T | | | | | |
| 5. Exxon - common stock | D | Dividend | N | T | | | | | |
| 6. General Electric - common stock | C | Dividend | M | T | | | | | |
| 7. Southern Company - common stock | B | Dividend | K | T | | | | | |
| 8. IBM - common stock | A | Dividend | J | T | | | | | |
| 9. Pfizer - common stock | B | Dividend | L | T | | | | | |
| 10. Eaton Vance Nat - municipal fund | B | Dividend | K | T | | | | | |
| 11. University of Alabama - bonds | B | Interest | K | T | | | | | |
| 12. Merrill Lynch Banking Advantage | A | Interest | J | T | | | | | |
| 13. Merrill-Lynch IRA | C | Dividend | M | T | | | | | |
| 14. Merrill Lynch - IRA | C | Interest | M | T_ | | | | | |
| 15. -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 16. -Merrill Lynch Basic Value Fd Cl B | | | | | | | | | |
| 17. -Merrill Lynch Capital Fd Cl B | | | | | | | | | |
| 18. -First Bank Puerto Rico - CD | | | | | Sell | 04/01 | K | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -DN Provident Bank | | | | | Buy | 03/18 | K | | |
| 20. -Colonial Pro erties REIT | | | | | | | | | |
| 21. -Merrill Lynch Fundamental Growth D | | | | | | | | | |
| 22. -Merrill Lynch B&T RASP | | | | | | | | | |
| 23. -Merrill Lynch Strides - Cisco | | | | | Sell | 07/31 | J | B | |
| 24. -Cohen & St ers REIT&PFD Income FD | | | | | Buy | 08/11 | J | | |
| 25. Merrill Lynch - IRA | A | Interest | J | T | | | | | |
| 26. -NM Household Fin. Corp. BE - bond | | | | | | | | | |
| 27. -NM General Motors Accept BE - Bond | | | | | | | | | |
| 28. Colonial Properties REIT | B | Dividend | K | T | | | | | |
| 29. Alabama State Public Schools and Colleges - bonds | A | Interest | J | T | | | | | |
| 30. Huntsville Madison Cnty Al Arpt Auth - bonds | A | Interest | J | T | | | | | |
| 31. Teco Energy - convert PFD Equity Units | C | Interest | K | T | | | | | |
| 32. Sears Roebuck Acceptance - bonds | A | Interest | | | Sell | 11/04 | J | B | |
| 33. Decatur, AL Wts Ser E Ambac | A | Interest | J | T | Buy | 11/06 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Albritton, William H | 5/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████████

Date _May 7, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544